**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DVD Factory, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **30-0662893** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **28623 Industry Drive**<br>**Valencia, CA 91355**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business |
| | _____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6.  Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **DVD Factory, Inc.**    Case number (*if known*) _____
_____
Name

---

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

---

Debtor   **DVD Factory, Inc.**                                    Case number (if known)
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11.** **Why is the case filed in this district?**    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____
        Contact name        _____
        Phone               _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **DVD Factory, Inc.**      Case number (*If known*) _____

Name

---

|   | **Request for Relief, Declaration, and Signatures** |

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _2·27·23_
MM / DD / YYYY

X _____      Daniel J. Quinn
Signature of authorized representative of debtor      Printed name

Title   **President/CEO**

**18. Signature of attorney**

X _____      Date 02/24/2023
Signature of attorney for debtor      MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   (310) 271-6223      Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     DVD Factory, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■ Schedule H: Codebtors (Official Form 206H)

■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2-27-23        x _____ Ceo
                              Signature of individual signing on behalf of debtor

                              Daniel J. Quinn
                              Printed name

                              President/CEO
                              Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | DVD Factory, Inc. |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7230 Coldwater, LLC et al c/o Gershuni Law Firm Attn: Gregory B. Gershuni, Esq. 1990 South Bundy Drive, Suite 630 Los Angeles, CA 90025 | | Judgment (related consolidated case # 21VEUD00563 7230 Coldwater, LLC v. Combat Zone, LLC and Daniel J. Quinn, et al.) re breach of lease agreement. | Contingent Unliquidated Disputed | | | $47,170.82 |
| Advanced Nutrients 8687 Melrose Avenue West Hollywood, CA 90069 | | Vendor | | | | $2,230.00 |
| All-Pac Media International Inc. 14750 Nelson Ave., Ste E La Puente, CA 91744 | | Vendor/Box DVD | | | | $24,392.51 |
| American Express c/o Becket and Lee PO Box 3001 Malvern, PA 19355 | | Business credit card | | | | $17,189.80 |
| Better Pak 7872 Deering Avenue Canoga Park, CA 91304 | | Packaging Supplies | | | | $1,005.50 |
| Cohen IP Law Group, PC 9025 Wilshire Blvd. Ste 301 Beverly Hills, CA 90211 | | Legal Services | | | | $54,154.50 |

| Debtor | DVD Factory, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Combat Zone LLC 9619 Canoga Avenue Chatsworth, CA 91311 | | Parts | | | | $412,734.76 |
| Daniel J. Quinn 9909 Topanga Canyon Blvd #207 Chatsworth, CA 91311 | | Two (2) singulus spaceline II DVD Replicating machines (Serial Number 38610628 and Serial Number 38610654), including any and all parts and components | | $600,000.00 | $300,000.00 | $300,000.00 |
| Daniel J. Quinn 9909 Topanga Canyon Blvd #207 Chatsworth, CA 91311 | | Consulting; Insider of the Debtor | | | | $126,587.47 |
| Evergreen Packaging Group Inc. 2267 Saybrook Avenue Los Angeles, CA 90040 | | Critical Vendor that supplies the cases for DVD products | | | | $44,064.00 |
| G3 Technology LLC 21137 Commerce Pointe Drive Walnut, CA 91789 | | Vendor/Raw Materials | | | | $17,419.94 |
| Greenberg & Bass LLP 16000 Ventura Blvd. Encino, CA 91436-2730 | | Legal services in connection with 7230 Coldwater, LLC, et al. litigation | | | | $155,089.27 |
| HBS Refrigeration 30444 Sunrose Place Canyon Country, CA 91387 | | Maintenance | | | | $6,410.49 |
| Infiniti Media, Inc. 11150 SAnta Monica Blvd., Ste 1280 Los Angeles, CA 90025 | | Vendor/Raw Materials | | | | $138,074.90 |

Debtor  __DVD Factory, Inc._____     Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Isuzu Finance of America Inc. 2500 Westchester Ave, Ste 312 Purchase, NY 10577 | | One (1) 2022 Isuzu NRR VIN JALE5W167N7304632 with one (1) Metro Truck Body 24' Van Body Quote # V00045740 Dated 4/15/2022 with one (1) Palfinger PLR-2 | | $98,575.60 | $90,000.00 | $8,575.60 |
| One LLP 9301 Wilshire Blvd., Penthouse Ste Beverly Hills, CA 90210 | | Legal Services | | | | $115,518.33 |
| One-Red, LLC c/o One Blue LLC 900 E Hamilton Ave., Ste 100 Campbell, CA 95008 | | Royalty | | | | $53,641.00 |
| Raich Ende Malter Co, LLP 175 Broadhollow Rd., Ste 250 Melville, NY 11747 | | Accounting | | | | $3,500.00 |
| Robert Freedman 8661 W. Rowel Rd. Peoria, AZ 85383 | | Accounting services | | | | $21,115.00 |
| Sabic Innovative Plastics PO Box 100093 CA 91889-0093 | | Vendor/Raw Materials | | | | $97,054.40 |

## United States Bankruptcy Court
### Central District of California

In re    DVD Factory, Inc. _____        Case No. _____
_____ Debtor(s)                   Chapter    11 _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel J. Quinn<br>11389 Modena Lane<br>Porter Ranch, CA 91326 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Daniel J. Quinn, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    2-27-23 _____        Signature    _X_ _____
                                                    Daniel J. Quinn

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None
_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Valencia** _____, California.

Date: _____ *2-27-23* _____

_____  ceo
Daniel J. Quinn
Signature of Debtor 1


_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1          F 1015-2.1.STMT.RELATED.CASES

| Fill in this information to identify the case: |
|---|
| Debtor name __**DVD Factory, Inc.**__ |
| United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__ |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    1,463,452.95

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    1,463,452.95

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    714,187.54

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................... +$    1,337,352.69

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

| $ | 2,051,540.23 |
|---|---|

**Fill in this information to identify the case:**

Debtor name __DVD Factory, Inc.__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Mission Valley Bank | Business Checking account | 6992 | $30.00 |
| 3.2. | Bank of the West | General account | 1096 | $30,690.54 |
| 3.3. | Bank of the West | Payroll account | 1046 | $6,039.87 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$36,760.41

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit with the landlord: SGN, LLC | $64,191.00 |

Debtor   **DVD Factory, Inc.**                                    Case number *(If known)* _____
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | **$64,191.00** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   **$489,001.54**   -   **0.00**   = ....   | **$489,001.54** |
                          face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                         | **$489,001.54** |
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies Inventory: DVDs, DVD cases, raw materials, black and white cases, boxes, bonding, wrapping and other miscellaneous supplies used in the business | | $0.00 | | $200,000.00 |

23.   **Total of Part 5.**                                                         | **$200,000.00** |
      Add lines 19 through 22. Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 2

Debtor    **DVD Factory, Inc.**　　　　　　　　　　　Case number *(If known)*　＿＿＿＿＿＿＿＿＿＿
　　　　　Name

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　☑ No
　　　☐ Yes. Book value　＿＿＿＿＿＿　Valuation method　＿＿＿＿＿＿　Current Value　＿＿＿＿＿＿

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　☑ No
　　　☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　☑ No. Go to Part 7.
　☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　☐ No. Go to Part 8.
　☑ Yes Fill in the information below.    See the list of equipment listed in item #50.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　☐ No. Go to Part 9.
　☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.　**2020 Kia Forte, VIN ending in 8980; appx. 20,000 miles** | $0.00 | | $18,000.00 |
| 47.2.　**2012 Mitsubishi FE 180; VIN ending in 1043; appx. 91k miles Daniel J. Quinn is the lienholder and the vehicle is registered under the name of DVD Factory, Inc.** | $0.00 | | $12,000.00 |

48.　**Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.　**Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50.　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Equipment and Inventory used in Debtor's business operation (see the attached EXHIBIT A for details).** | $0.00 | | $253,500.00 |

Debtor   **DVD Factory, Inc.**_____   Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| **Two (2) singulus spaceline II DVD Replicating machines (Serial Number 38610628 and Serial Number 38610654), including any and all parts and components thereof, ancillary equipment and devices thereof, manuals and records thereof.** | $0.00 | $300,000.00 |
| **One (1) 2022 Isuzu NRR VIN JALE5W167N7304632 with one (1) Metro Truck Body 24' Van Body Quote # V00045740 Dated 4/15/2022 with one (1) Palfinger PLR-25S Liftgate Serial # 100735551** | $0.00 | $90,000.00 |

51.  **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

                                                                 $673,500.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ☑ Yes Fill in the information below.

**Rental Lease agreement with Industry-SGN, LLC for the premises located at 28623 Industry Drive, Valencia, CA 91355.  The property is a commercial building and includes a 24,000 sq. ft. space used as a manufacturing facility with five offices, one kitchen and a conference room.  Monthly lease obligation is $33,000. Payments are current. Security deposit is $64,191. The lease commenced on September 1, 2021.**

**Part 10:      Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.

    ☐ Yes Fill in the information below.

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Debtor    **DVD Factory, Inc.**                                    Case number *(If known)* _____
                    Name

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $36,760.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $64,191.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $489,001.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $200,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $673,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,463,452.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,463,452.95 |

**Exhibit A**

| MODEL | SERIAL NO | YEAR | VOLTAGE | Value |
|---|---|---|---|---|
| Singulus Emould | 38600763 | 2004 | 400V | $30,000.00 |
| Singulus Emould | 38996711 | 2004 | 400V | $30,000.00 |
| Lanco | 13042 | 2004 | 400V | $5,000 |
| Hanky Offset Printer Hs-280f | 91-10252 | 2002 | 220V | $25,000.00 |
| Dvd Wrapper Ty-88 | 20214 | 2004 | 110V | $1,500.00 |
| Dvd Wrapper Ts-2002 | AS2002 | 2004 | 110V | $1,500.00 |
| Packing Machine Gima Type 899 | 89971B0 | 2004 | 220V | $20,000.00 |
| Chauyi Ug-4dd | | 2006 | 220V | $3,000.00 |
| Kodak Polychrome | GRAPHICS MACHINE | | | $3,500.00 |
| Work Table | FILM STATION | | | $250.00 |
| Dvd 200 Mg Plus Cd Associates Inc | DVD TESTER | | | $2,000.00 |
| Dr Schenk Prometeus Mt-146 | 201M0473 | | 240V | $1,500.00 |
| Datarius Optical Disc Station | WITH STAND | | | $2,500.00 |
| Laser Wave Model 5400 | 1044 | | 240V | $5,000.00 |
| Optical Disc P4000 | #004 | 2002 | 240V | $5,500.00 |
| Metalizer Denton Vacuum Model Exploerer 14 | 41862/1009 | 2002 | 208V | $4,500.00 |
| Optical Dish Wash Station | | | | $3,500.00 |
| Laser Prep Machine  Digital Matrix Model Sa/3 | 200 207-007 | | 220V | $3,500.00 |
| Lancer Glass Washer Model 910up | 1B124288 | | 230V | $2,500.00 |
| Sibert Instruments Stamper Sander | 1182 | 2001 | | $2,500.00 |
| Sibert Multi Diameter Punch Mdp38 | 005CD | 2001 | 75V | $2,500.00 |
| Sibert Multi Diameter Punch Mbf150 | 302DVD | 2002 | 220V | $2,500.00 |
| Digital Matrix Model Wt/1000 | 200207-009 | | 220V | $5,000.00 |
| Digital Matrix Model Wt/1000 | 200207-008 | | 220V | $5,000.00 |

4

| | | | | |
|---|---|---|---|---|
| Singulus Spaceline | 38600158 | 2000 | | $10,000.00 |
| Thermal Care Model Cra404l | 10505010211 | 2002 | 480V | $5,000.00 |
| Thermal Care Model Cra404l | L1181010401 | 2004 | 480V | $5,000.00 |
| Water Chiller Schreiber Model 2000a0 | 23240 | 2004 | 480V | $15,000.00 |
| Rosedale Filter Mcic08302p#125svpb | RS-32880440 | 2004 | | $750.00 |
| All inventory use for production, including but not limited to polycarbonate, cases, ink, printing plates, and spare and miscellaneous parts related to any of the other Assets | | | | $45,000.00 |
| Phone number of (714) 210-1780 | | | | $5,000.00 |

**Fill in this information to identify the case:**

Debtor name _____ **DVD Factory, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Chase Auto Finance**<br>Creditor's Name<br><br>**PO Box 78232**<br>**Phoenix, AZ 85062**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2022 - 2023**<br>Last 4 digits of account number **8082**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2020 Kia Forte, VIN ending in 8980; appx. 20,000 miles**<br><br>Describe the lien<br>**Auto Loan**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,611.94** | **$18,000.00** |
| **2.2  Daniel J. Quinn**<br>Creditor's Name<br><br><br>**9909 Topanga Canyon Blvd #207**<br>**Chatsworth, CA 91311**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/7/2019**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Two (2) singulus spaceline II DVD Replicating machines (Serial Number 38610628 and Serial Number 38610654), including any and all parts and components thereof, ancillary equipment and devices thereof, manuals and records thereof.**<br><br>Describe the lien<br>**UCC Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$600,000.00** | **$300,000.00** |

Debtor    **DVD Factory, Inc.**                                              Case number (if known) _____
_____
Name

**0104**
_____
**Do multiple creditors have an interest in the same property?**            **As of the petition filing date, the claim is:**
Check all that apply
■ No                                                                        ☐ Contingent
☐ Yes. Specify each creditor,                                              ☐ Unliquidated
including this creditor and its relative                                    ☐ Disputed
priority.

---

| 2.3 | **Isuzu Finance of America Inc.** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**          $98,575.60     $90,000.00

**One (1) 2022 Isuzu NRR VIN JALE5W167N7304632 with one (1) Metro Truck Body 24' Van Body Quote # V00045740 Dated 4/15/2022 with one (1) Palfinger PLR-25S Liftgate Serial # 100735551**

**2500 Westchester Ave, Ste 312**
**Purchase, NY 10577**
_____
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
_____
**Is the creditor an insider or related party?**
■ No
_____                                           ☐ Yes
Creditor's email address, if known                                         **Is anyone else liable on this claim?**
■ No
**Date debt was incurred**                                                 ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**10/20/2022**
**Last 4 digits of account number**
**6636**
**Do multiple creditors have an interest in the same property?**            **As of the petition filing date, the claim is:**
Check all that apply
■ No                                                                        ☐ Contingent
☐ Yes. Specify each creditor,                                              ☐ Unliquidated
including this creditor and its relative                                    ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $714,187.54

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**DVD Factory, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address **7230 Coldwater, LLC et al** **c/o Gershuni Law Firm** **Attn: Gregory B. Gershuni, Esq.** **1990 South Bundy Drive, Suite 630** **Los Angeles, CA 90025** Date(s) debt was incurred __2/1/2023__ Last 4 digits of account number __0748__ | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed Basis for the claim: __Judgment (related consolidated case # 21VEUD00563__ __7230 Coldwater, LLC v. Combat Zone, LLC and Daniel J. Quinn, et al.)__ __re breach of lease agreement.__ Is the claim subject to offset? ■ No ☐ Yes | **$47,170.82** |
| **3.2** | Nonpriority creditor's name and mailing address **Advanced Nutrients** **8687 Melrose Avenue** **West Hollywood, CA 90069** Date(s) debt was incurred __2022 - 2023__ Last 4 digits of account number __8101__ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __Vendor__ Is the claim subject to offset? ■ No ☐ Yes | **$2,230.00** |
| **3.3** | Nonpriority creditor's name and mailing address **All-Pac Media International Inc.** **14750 Nelson Ave., Ste E** **La Puente, CA 91744** Date(s) debt was incurred __2022 - 2023__ Last 4 digits of account number __7480__ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __Vendor/Box DVD__ Is the claim subject to offset? ■ No ☐ Yes | **$24,392.51** |
| **3.4** | Nonpriority creditor's name and mailing address **American Express** **c/o Becket and Lee** **PO Box 3001** **Malvern, PA 19355** Date(s) debt was incurred __2022- 2023__ Last 4 digits of account number __5039__ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: __Business credit card__ Is the claim subject to offset? ■ No ☐ Yes | **$17,189.80** |

| Debtor | **DVD Factory, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.50 |
|---|---|---|---|

**Better Pak**
7872 Deering Avenue
Canoga Park, CA 91304

Date(s) debt was incurred **2022 - 2023**

Last 4 digits of account number **7881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Packaging Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,154.50 |
|---|---|---|---|

**Cohen IP Law Group, PC**
9025 Wilshire Blvd. Ste 301
Beverly Hills, CA 90211

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **7763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412,734.76 |
|---|---|---|---|

**Combat Zone LLC**
9619 Canoga Avenue
Chatsworth, CA 91311

Date(s) debt was incurred **2022 - 2026**

Last 4 digits of account number **7956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126,587.47 |
|---|---|---|---|

**Daniel J. Quinn**
9909 Topanga Canyon Blvd #207
Chatsworth, CA 91311

Date(s) debt was incurred **2022 - 2023**

Last 4 digits of account number **7954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consulting; Insider of the Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,064.00 |
|---|---|---|---|

**Evergreen Packaging Group Inc.**
2267 Saybrook Avenue
Los Angeles, CA 90040

Date(s) debt was incurred **2022 - 2023**

Last 4 digits of account number **0141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Critical Vendor that supplies the cases for DVD products**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,419.94 |
|---|---|---|---|

**G3 Technology LLC**
21137 Commerce Pointe Drive
Walnut, CA 91789

Date(s) debt was incurred **2022 - 2023**

Last 4 digits of account number **7992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Raw Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,089.27 |
|---|---|---|---|

**Greenberg & Bass LLP**
16000 Ventura Blvd.
Encino, CA 91436-2730

Date(s) debt was incurred **2022 - 2023**

Last 4 digits of account number **7955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal services in connection with 7230 Coldwater, LLC, et al. litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DVD Factory, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,410.49**

**HBS Refrigeration**
**30444 Sunrose Place**
**Canyon Country, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Maintenance**

Last 4 digits of account number **8096**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,074.90**

**Infiniti Media, Inc.**
**11150 SAnta Monica Blvd., Ste 1280**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Vendor/Raw Materials**

Last 4 digits of account number **0198**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Julio Cesar Martinez Rodriguez etal**
**c/o Proxy Law Firm LLP**
**Attn: Hengamesh S. Safaei, Esq.**
**10880 Wilshire Blvd., Suite 1101**
**Los Angeles, CA 90024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Pending labor law class action**

Last 4 digits of account number **8588**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,518.33**

**One LLP**
**9301 Wilshire Blvd., Penthouse Ste**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Legal Services**

Last 4 digits of account number **7826**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,641.00**

**One-Red, LLC**
**c/o One Blue LLC**
**900 E Hamilton Ave., Ste 100**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-2023**

Basis for the claim: **Royalty**

Last 4 digits of account number **7575**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Raich Ende Malter Co, LLP**
**175 Broadhollow Rd., Ste 250**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Accounting**

Last 4 digits of account number **7717**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,115.00**

**Robert Freedman**
**8661 W. Rowel Rd.**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 - 2023**

Basis for the claim: **Accounting services**

Last 4 digits of account number **7838**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DVD Factory, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | **$97,054.40** |
|---|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Sabic Innovative Plastics**<br>**PO Box 100093**<br>**CA 91889-0093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred **2022 - 2023** | Basis for the claim: **Vendor/Raw Materials** | | |
| | Last 4 digits of account number **0335** | Is the claim subject to offset? ■ No ☐ Yes | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **7230 Coldwater, LLC**<br>**7230 Coldwater Canyon Avenue**<br>**North Hollywood, CA 91605** | Line **3.1**<br><br>☐ Not listed. Explain ____ | —  |
| 4.2 | **G&B Law, LLP**<br>**c/o Jeremy Rothstein, Esq.**<br>**16000 Ventura Blvd., Ste 1000**<br>**Encino, CA 91436** | Line **3.1**<br><br>☐ Not listed. Explain ____ | — |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,337,352.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,337,352.69 |

**Fill in this information to identify the case:**

Debtor name    **DVD Factory, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Financed 2020 Kia. Debtor wishes to retain the vehicle.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Chase Auto Finance PO Box 78232 Phoenix, AZ 85062** |

| | | |
|---|---|---|
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease agreement for the premises located at 28623 Industry Drive, Valencia, CA 91355. The property is a commercial building and includes a 24,000 sq. ft. space used as a manufacturing facility with five offices, one kitchen and a conference room. Monthly lease obligation is $33,000. Payments are current. Security deposit is $64,191. The lease commenced on September 1, 2021.** |
| | State the term remaining | **August 31, 2023** |
| | List the contract number of any government contract | **Industry-SGN, LLC 25524 Oak Meadow Drive Stevenson Ranch, CA 91381** |

Debtor 1    __DVD Factory, Inc.__                                    Case number (*if known*)    _____

     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **One (1) 2022 Isuzu NRR VIN JALE5W167N7304632 with one (1) Metro Truck Body 24' Van Body Quote # V00045740 Dated 4/15/2022 with one (1) Palfinger PLR-25S Liftgate Serial # 100735551** | |
|---|---|---|---|
| | State the term remaining | | **Isuzu Finance of America Inc. 2500 Westchester Ave, Ste 312 Purchase, NY 10577** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Subtenant for the office space and pays $5k rent to DVD on a month to month basis. Payments are current.** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Mile High c/o Victor Padilla 28623 Industry Drive Valencia, CA 91355** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**DVD Factory, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ **No.** Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ **Yes**

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |
| 2.2 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |
| 2.3 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |
| 2.4 | _____ | _____ Street | | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | _____ City  State  Zip Code | | | | |

| Fill in this information to identify the case: |
|---|
| Debtor name __DVD Factory, Inc.__ |
| United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Income** | $465,934.61 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Gross Income** | $3,558,900.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Gross Income** | $3,473,700.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    DVD Factory, Inc. _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Combat Zone LLC<br>9619 Canoga Avenue<br>Chatsworth, CA 91311 | within 90<br>days | $18,621.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | Greenberg & Bass LLP<br>16000 Ventura Blvd.<br>Encino, CA 91436-2730 | within 90<br>days | $21,338.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. | Daniel J. Quinn<br>9909 Topanga Canyon Blvd #207<br>Chatsworth, CA 91311 | within 90<br>days | $9,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. | Evergreen Packaging Group Inc.<br>2267 Saybrook Avenue<br>Los Angeles, CA 90040 | within 90<br>days | $44,064.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other__Critical vendor__ |
| 3.5. | Chase Auto Finance<br>PO Box 78232<br>Phoenix, AZ 85062 | within 90<br>days | $15,611.94 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | Symcon Inc<br>9724 Industrial Drive<br>Pineville, NC 28134 | within 90<br>days | $8,407.84 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **DVD Factory, Inc.**                                              Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | 7230 Coldwater, LLC v. DVD Factory, Inc., Daniel J. Quinn, James S. Kohls. 21BBCV00748 / Consolidated #21VEUD00563 | Unlawful detainer proceeding | Superior Court of California County of Los Angeles 300 East Olive Avenue Burbank, CA 91502 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Julio Cesar Martinez Rodriguez v. DVD Factory, Inc. 22STCV38588 | Labor Law Class Action | Superior Court of California County of Los Angeles 111 North Hill Street Los Angeles, CA 90012 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **DVD Factory, Inc.**                                                Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Offices of Michael Jay Berger 9454 Wilshire Blvd, 6th Floor Beverly Hills, CA 90212** | | **12/6/2022 2/8/2023** | **$21,738.00** |
| **Email or website address Michael.Berger@bankruptcypower.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **7230 Coldwater Canyon Avenue North Hollywood, CA 91605** | **Nov. 19, 2018 - Aug. 31, 2021** |

Debtor    **DVD Factory, Inc.** _____    Case number *(if known)* _____

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■  No. Go to Part 9.
   ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■  No.
   ☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

| Debtor | DVD Factory, Inc. | Case number *(if known)* |
|--------|-------------------|--------------------------|

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|----------------------------------------------------------------------------------------------------------------|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|-----------------------------|

Debtor   **DVD Factory, Inc.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Marilou Gomez, Bookkeeper**<br>**DVD Factory, Inc.**<br>**28623 Industry Drive**<br>**Valencia, CA 91355** | **11/19/2018 – current** |
| 26a.2.   **Inside Global**<br>**c/o Irfan Nizami, CPA**<br>**263 West Olive, Ste 263**<br>**Burbank, CA 91502** | **1/28/21 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Inside Global**<br>**c/of Irfan Nizami, CPA**<br>**263 West Olive, Ste 263**<br>**Burbank, CA 91502** | |
| 26c.2.   **Marilou Gomez, Bookkeeper**<br>**DVD Factory, Inc.**<br>**28623 Industry Drive**<br>**Valencia, CA 91355** | |
| 26c.3.   **Daniel J. Quinn**<br>**11389 Modena Lane**<br>**Porter Ranch, CA 91326** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1   **Marilou Gomez** | **12/30/2022** | **$200,000** |

**Name and address of the person who has possession of inventory records**

**DVD Factory, Inc.**
**28623 Industry Drive**
**Valencia, CA 91355**

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people

Debtor    **DVD Factory, Inc.** _____    Case number *(if known)* _____

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Daniel J. Quinn | 11389 Modena Lane<br>Porter Ranch, CA 91326 | CEO/President | 100% of stocks |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| James S. Kohls | PO Box 3489<br>Chatsworth, CA 91313 | Former VP | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor   DVD Factory, Inc. _____      Case number (if known) _____

**Part 14:   Signature and Declaration**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2-27-23_____

_____      Daniel J. Quinn _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President/CEO** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **DVD Factory, Inc.**                                            Case No. _____

_____  Chapter   **11**  _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept  A RETAINER OF  ....................................  $ _____ **20,000.00**

     Prior to the filing of this statement I have received A RETAINER OF  ................  $ _____ **20,000.00**

     Balance Due _____  $ _____ **0.00**

2.    The source of the compensation paid to me was:

     [✓] Debtor      [ ] Other (specify):

3.    The source of compensation to be paid to me is:

     [✓] Debtor      [ ] Other (specify):

4.    [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                _____
Date

         **Michael Jay Berger**
         *Signature of Attorney*
         **Law Offices of Michael Jay Berger**
         **9454 Wilshire Boulevard, 6th floor**
         **Beverly Hills, CA 90212**
         **(310) 271-6223  Fax: (310) 271-9805**
         **michael.berger@bankruptcypower.com**
         *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address<br>Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | FOR COURT USE ONLY |
|---|---|

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor DVD Factory, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>         DVD Factory, Inc.<br><br><br><br><br>                                      Debtor. | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____2-27-23_____

_____ CEO
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____2/24/2023_____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

DVD Factory, Inc.
28623 Industry Drive
Valencia, CA 91355


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


7230 Coldwater, LLC
7230 Coldwater Canyon Avenue
North Hollywood, CA 91605


7230 Coldwater, LLC et al
c/o Gershuni Law Firm
Attn: Gregory B. Gershuni, Esq.
1990 South Bundy Drive, Suite 630
Los Angeles, CA 90025


Advanced Nutrients
8687 Melrose Avenue
West Hollywood, CA 90069


All-Pac Media International Inc.
14750 Nelson Ave., Ste E
La Puente, CA 91744


American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355


Better Pak
7872 Deering Avenue
Canoga Park, CA 91304

Chase Auto Finance
PO Box 78232
Phoenix, AZ 85062


Cohen IP Law Group, PC
9025 Wilshire Blvd. Ste 301
Beverly Hills, CA 90211


Combat Zone LLC
9619 Canoga Avenue
Chatsworth, CA 91311


Daniel J. Quinn
9909 Topanga Canyon Blvd #207
Chatsworth, CA 91311


Evergreen Packaging Group Inc.
2267 Saybrook Avenue
Los Angeles, CA 90040


G&B Law, LLP
c/o Jeremy Rothstein, Esq.
16000 Ventura Blvd., Ste 1000
Encino, CA 91436


G3 Technology LLC
21137 Commerce Pointe Drive
Walnut, CA 91789


Greenberg & Bass LLP
16000 Ventura Blvd.
Encino, CA 91436-2730

HBS Refrigeration
30444 Sunrose Place
Canyon Country, CA 91387


Industry-SGN, LLC
25524 Oak Meadow Drive
Stevenson Ranch, CA 91381


Infiniti Media, Inc.
11150 SAnta Monica Blvd., Ste 1280
Los Angeles, CA 90025


Isuzu Finance of America Inc.
2500 Westchester Ave, Ste 312
Purchase, NY 10577


Julio Cesar Martinez Rodriguez etal
c/o Proxy Law Firm LLP
Attn: Hengamesh S. Safaei, Esq.
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024


Mile High
c/o Victor Padilla
28623 Industry Drive
Valencia, CA 91355


One LLP
9301 Wilshire Blvd., Penthouse Ste
Beverly Hills, CA 90210


One-Red, LLC
c/o One Blue LLC
900 E Hamilton Ave., Ste 100
Campbell, CA 95008

Raich Ende Malter Co, LLP
175 Broadhollow Rd., Ste 250
Melville, NY 11747


Robert Freedman
8661 W. Rowel Rd.
Peoria, AZ 85383


Sabic Innovative Plastics
PO Box 100093
CA 91889-0093